```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

GENE W. CHOLLETT,

    Plaintiff,

v.

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, individually and as
successor to CONNECTICUT LIFE INSURANCE
COMPANY,

    Defendant.

----------------------------------X

Case No. 16 Civ. 2350 (PAE)

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Gene W. Chollett and Defendant Massachusetts Mutual Life Insurance Company, individually and as successor to Connecticut Mutual Life Insurance Company ("MMLIC"), by and through their undersigned counsel, hereby stipulate and agree to a dismissal with prejudice of this action. Each party will bear its own attorneys' fees and costs.

Dated: August 24, 2016

SCHWARTZ LAW P.C.

_____
Michail Z. Hack
666 Old Country Road, Suite 900
Garden City, New York 11530
Tel. (516) 745-1122
Email: ess@SchwartzLawPC.com
       mzh@SchwartzLawPC.com

*Counsel for Plaintiff*

O'TOOLE + O'TOOLE PLLC

_____
Marianne T. O'Toole
22 Valley Road
Katonah, New York 10536
Tel. (914) 232-1511
Email: motoole@otoolegroup.com

*Counsel for Defendant*

**SO ORDERED:**

8/26/16

Granted. The Clerk of Court is directed to close this case.

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE